```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

OWEN HARTY,

        Plaintiff,
v.                                  Case No. 8:10-cv-2017-T-33AEP

FRENCH GOLDEN GATE, LLC,

        Defendant.
_____/

## ORDER

This matter is before the Court pursuant to the parties' Consent Decree (Doc. # 15), which was filed on December 1, 2010.

Upon due consideration of the record, this Court approves all aspects of the parties' Consent Decree, except the Court does not approve the provision of the Consent Decree requiring the Court to retain jurisdiction over this matter. The Court dismisses the case with prejudice and does not retain jurisdiction over this matter.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties' Consent Decree (Doc. # 15) is **APPROVED** and **ENTERED**. However, the Court will not retain jurisdiction over this matter.

(2) The Clerk is directed to **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of December 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record